**Mark A. Vegh, SBN 173414**
**Tyler Lalaguna, SBN 223028**
**WELLS, SMALL, FLEHARTY & WEIL**
A Law Corporation
292 Hemsted Drive
P.O. Box 991828
Redding, CA   96099-1828
(530) 223-1800
Fax:   (530) 223-1809

**Attorneys for**   Defendant Marsha A. Rolfe, a sole proprietor, dba End Zone Bar and Grill

**Galen T. Shimoda (Cal. State Bar No. 226752)**
**Justin P. Rodriguez (Cal. State Bar No. 278275)**
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Fax: (916) 760-3733

**Attorneys for** Plaintiff Peace Mano

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEACE MANO, an individual, | ) | Case No. 2:14-CV-02919-GEB-CMK |
| | ) | |
| Plaintiff | ) | STIPULATION AND [PROPOSED] |
| | ) | EXTENDING PERCIPIENT |
| vs. | ) | |
| | ) | |
| MARSHA A. ROLFE, a sole proprietor, | ) | |
| d/b/a END ZONE BAR AND GRILL; and | ) | |
| DOES 1 to 100, inclusive, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

1

___

STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF

This Stipulation and [Proposed] Order is based on the following facts:

1.  Pursuant to the Court's February 13, 2015 Scheduling Order, the discovery cutoff date in this matter is currently set for November 19, 2015.

2.  The parties desire to extend the cutoff for discovery for one month. The extension of the closure date for discovery is necessary because the parties have had extensive settlement discussions, which have delayed the taking of the depositions of Plaintiff and Defendant's key employees. The parties respectfully request a one-month extension of the discovery cutoff date so that counsel for both Plaintiff and Defendant can take key witness depositions, while the parties continue to discuss potential settlement.

3.  No prior continuances have been requested in this matter.

Based upon the foregoing, in order to facilitate this continuing discovery and evaluation of the case, Plaintiff, Peace Mano, and Defendant, Marsha A. Rolfe, dba End Zone Bar and Grill, hereby stipulate and seek an order of the Court modifying the Court's February 13, 2015 Scheduling Order as follows:

(1)  The parties will complete discovery on or before December 19, 2015, and

(2)  All other dates contained within the February 13, 2015 Scheduling Order or otherwise previously modified are to remain as ordered and are unmodified, altered, or changed.

This Stipulation may be executed in counter-part and faxed and/or authorized electronic signature shall be deemed the same as an original execution.

Dated: November 4, 2015		WELLS, SMALL, FLEHARTY & WEIL


By: /s/ Mark A. Vegh
   Mark A. Vegh, Esq.
   Tyler Lalaguna, Esq.
   Attorneys for Defendant Marsha A. Rolfe
   d/b/a End Zone Bar and Grill


Dated: November 4, 2015		SHIMODA LAW CORP.


By: /s/ Justin P. Rodriguez
   (As authorized on 11/4/15)
   Galen T. Shimoda, Esq.
   Justin P. Rodriguez, Esq.
   Attorneys for Plaintiff


PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED THAT:

(1)	The parties will complete discovery on or before December 19, 2015; and

(2)	All other dates contained within the February 13, 2015 Scheduling Order or otherwise previously modified are to remain as ordered and are unmodified, altered, or changed.

Dated:   November 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge